UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

CRAIG ELDRIDGE,

                Defendant(s).
_____

**REPORT & RECOMMENDATION**
17-CR-142S

By Order of Judge William M. Skretny dated December 8, 2017, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation as to the defendant's plea of guilty.

On January 3, 2018, the defendant entered a plea of guilty in this case, as set forth in the digital FTR recording of the plea proceeding, which is transmitted with this written Report and Recommendation. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed. R. Crim. P. and that your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

SO ORDERED.

Dated:    January 3, 2018
             Buffalo, New York

                                              HON. H. KENNETH SCHROEDER, JR.
                                              United States Magistrate Judge

FILED
JAN 0 3 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY